**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7319**

_____

HARKLESS A. FOSSIE,

Plaintiff - Appellant,

versus

A. B. DICKERSON, III; H. R. ORR,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge.  (CA-00-756)

_____

Submitted:  October 24, 2002        Decided:  October 31, 2002

_____

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Harkless A. Fossie, Appellant Pro Se.  Scott Christopher Hart, SUMRELL, SUGG, CARMICHAEL, HICKS & HART, P.A., New Bern, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Harkless Fossie appeals the district court's order accepting the recommendation of the magistrate judge and granting the defendants' uncontested motion to dismiss his 42 U.S.C. § 1983 (2000) action.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the magistrate judge and the district court.  <u>See</u> <u>Fossie v. Dickerson</u>, No CA-00-756 (E.D.N.C. filed Aug. 19, 2002; entered Aug. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>